IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIXTO LOYA SALCIDO, | ) Case No. C 15-1749 PSG (PR) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| I. VILLA, et al., | ) |
| Defendants. | ) |

    On May 4, 2015, Sixto Loya Salcido, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County. Because Fresno County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 5/22/2015

                                                       PAUL S. GREWAL
                                                       United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 15-1749 PSG (PR)
ORDER OF TRANSFER